JOHN H. RING, III
ATTORNEY AT LAW
385 CLEVELAND DRIVE
BUFFALO, NEW YORK 14215

TEL: (716) 831-1994

Receipt # 11090480
$901.04  8/27/10

August 25, 2010

U.S. Bankruptcy Court, WDNY
Olympic Towers
300 Pearl Street, Suite 250
Buffalo, NY 14202-2501



RECEIVED
AUG 27 2010
BANKRUPTCY COURT
BUFFALO, NY

    Re:    Minnetta Walker
           Bk. No. 05-17846K

Dear Sir/Madam:

    Enclosed herewith please find a Statement of Unclaimed Funds in regards to the Bankruptcy Estate of Minnetta Walker.

    I have stopped payment on both the checks to Charter One Bank since they are beyond the 90 day period and were not returned to my office. Further, please note that the checks to HSBC/Tax were returned to my office by the creditor requesting that I provide additional information to them, I wrote them a letter on April 30, 2010 which included all the information that I have on the debtor and again the checks were returned to my office advising that they were unable to locate an account with information provided, therefore, I have stopped payment on these checks. I have stopped payment on both the checks to Western NY Radiology since they are beyond the 90 day period and were not returned to my office. I am enclosing the Estate of Minnetta Walker's check no. 10168 in the amount of $901.04 made payable to the U.S. Bankruptcy Court which represents the total due in this matter.

    The following is the name and address for creditors and the amount they are entitled to receive from the Bankruptcy Estate of Minnetta Walker

| | | |
|---|---|---|
| Claim No. 10 | Charter One Bank<br>PO Box 922023<br>Norcross, GA 30010 | $200.00 |
| Claim No. 10I | Charter One Bank<br>PO Box 922023<br>Norcross, GA 30010 | $ 34.04 |
| Claim No. 17 | HSBC/TAX<br>90 Christiana Road<br>New Castle, DE 19720 | $500.00 |

| | | |
|---|---|---|
| Claim No. 17I | HSBC/TAX<br>90 Christiana Road<br>New Castle, DE 19720 | $ 85.09 |
| Claim No. 29 | Western NY Radiology Associates<br>100 High Street<br>Buffalo, NY 14204 | $ 70.00 |
| Claim No. 29I | Western NY Radiology Associates<br>100 High Street<br>Buffalo, NY 14204 | $ 11.91 |

If you have any questions or problems, please feel free to contact the undersigned. Thank you for your courtesy and cooperation in this matter.

Very truly yours,

JOHN H. RING, III

JHR/pls
Enc.

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In re:

WALKER, MINNETTA

Debtor.

Chapter 7

Case No. 05-17846 CLB

**STATEMENT OF
UNCLAIMED DIVIDENDS**

| Claim No. | Creditor Name and Address | Amount Allowed | Dividend |
|---|---|---|---|
| 10 | Charter One Bank<br>PO Box 922023<br>Norcross, GA | $200.00 | $200.00 |
| 10I | Charter One Bank<br>PO Box 922023<br>Norcross, GA | $34.04 | $34.04 |
| 17 | HSBC/TAX<br>90 Christiana Road<br>New Castle, DE 19720 | $500.00 | $500.00 |
| 17I | HSBC/TAX<br>90 Christiana Road<br>New Castle, DE 19720 | $85.09 | $85.09 |
| 29 | Western NY Radiology Associates<br>100 High Street<br>Buffalo, NY 14204 | $70.00 | $70.00 |
| 29I | Western NY Radiology Associates<br>100 High Street<br>Buffalo, NY 14204 | $11.91 | $11.91 |

**TOTAL UNCLAIMED DIVIDENDS:**  $ 901.04

Dated: August 25, 2010

JOHN H. RING, III
Trustee
385 CLEVELAND DR.
CHEEKTOWAGA, NY 14215
(716) 831-1994

FILED
AUG 2 7 2010
BANKRUPTCY COURT
BUFFALO, NY