

JOHN H. RING, III
ATTORNEY AT LAW
385 CLEVELAND DRIVE
BUFFALO, NEW YORK 14215

November 30, 2010

Paul R. Warren, Clerk of Court
U.S. Bankruptcy Court, WDNY
Olympic Towers
300 Pearl Street, Suite 250
Buffalo, NY 14202-2501

    Re:    Minnetta Walker
           Bk. No. 05-17846K
           Request to Deposit Unclaimed Funds into the United States Treasury

Dear Clerk of Court:

    Enclosed please find my Trustee's check in the amount of $87.76. I request that the Clerk of the Court deposit said funds, in the name of the creditors and in the amounts listed below, with the U.S. Treasury as "unclaimed funds.".

    I have made a diligent effort to locate the claimant(s) for said funds and have been unable to locate the claimant(s).

| Claimant - | Sisters Diagnostic Imaging | Amount $75.00 | Claims Register #24 |
|---|---|---|---|
| | Sisters Diagnostic Imaging | Amount $12.76 | Interest on Claim #24 |

    If you have any questions or problems, please feel free to contact the undersigned. Thank you for your courtesy and cooperation in this matter.

                                Very truly yours,

                                JOHN H. RING, III

JHR/pls
Enc.